# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:04CV351

| | |
|---|---|
| JOSHUA MUHAMMAD,<br>    Plaintiff<br><br>vs.<br><br>U-HAUL COMPANY OF NORTH<br>CAROLINA, INC., d/b/a U-HAUL CO.<br>OF CHARLOTTE, and U-HAUL<br>INTERNATIONAL,<br>    Defendants. | )<br>)<br>)<br>)    **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Defendants' Motion for Protective Order" (Document No. 16), filed October 28, 2005 by U-Haul Company of North Carolina, Inc. and U-Haul International (collectively, "U-Haul"). Joshua Muhammad has not filed anything with the Court indicating his position on the Motion, and the time for such filing has expired. For good cause shown, the Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion for Protective Order" (Document No. 16) is **GRANTED**.

**Signed: November 29, 2005**

David C. Keesler
United States Magistrate Judge