THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOSHUA MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Action No.: 3:04cv-351 |
| ) | |
| U-HAUL COMPANY OF NORTH ) | **ORDER** |
| CAROLINA, INC., d/b/a U-HAUL CO. OF ) | |
| CHARLOTTE AND U-HAUL ) | |
| INTERNATIONAL, ) | |
| ) | |
| Defendants. ) | |

The Court having examined the Defendants' Motion to permit the corporate representative of U-Haul International, Inc., to participate in the mediated settlement conference of the above-referenced matter by telephone, and being of the opinion that good cause has been shown, hereby GRANTS Defendants' Motion to Permit Participation in Mediated Settlement Conference by Telephone.

Signed: April 10, 2006

David C. Keesler
United States Magistrate Judge