# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:05CV351

| | | |
|---|---|---|
| **JOSHUA MUHAMMAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **U-HAUL, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The trial date in the above-titled action is currently set for **October 30, 2006**. In order to allow sufficient time for the undersigned to consider the pending motions, the trial date must be moved.

**IT IS, THEREFORE, ORDERED** that this case is continued to the **May 14, 2007** term of court.

Signed: October 3, 2006

David C. Keesler
United States Magistrate Judge